

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ISR Systems Inc.

                         **Plaintiff,**

V.

Prescient, LLC

                        **Defendant.**

Civil Action No.   25-cv-02603-W-MSB

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Plaintiff ISR Systems Inc.'s motion for default judgment [Doc. 6] against Defendant Prescient, LLC and ORDERS, ADJUDGES and DECREES that Judgment shall be entered in favor of Plaintiff ISR Systems Inc. and against Prescient, LLC in the amount of $750,717.50. This case is hereby closed.

Date:  2/4/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ M.Williams

M.Williams, Deputy